AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| OSCAR CRUZ, ELEANOR SOLIZ, and JOSE MANCIA on behalf of themselves and others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DONALD CELESTINO, ULTRA SONIC INC., ULTRA SONIC RVC, INC., ULTRA SONIC EXPRESS, INC., ABC CORP. d/b/a ULTRA SONIC HAND CAR WASH, and JOHN/JANE DOES 1-10, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DONALD CELESTINO, 26 Rutland Avenue, Rockville Centre, NY 11570;
ULTRA SONIC INC., 249-24 Jericho Turnpike, Bellerose, NY 11001;
ULTRA SONIC RVC, INC., 1 Merrick Road, Rockville Centre, NY 11570;
ULTRA SONIC EXPRESS, INC., 640 Main Street, Westbury, NY 11590;
ABC CORP. d/b/a ULTRA SONIC HAND CAR WASH, 294-24 Jericho Turnpike, Bellerose, NY 11001
JOHN/JANE DOES 1-10, Unknown.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marcus Monteiro, Esq.
> Monteiro & Fishman LLP
> 91 N. Franklin Street, Suite 108
> Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                            *Signature of Clerk or Deputy Clerk*