

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
mcapobianco@littler.com

March 25, 2020

**VIA ECF**

Judge Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Oscar Cruz et al v. Ultra Sonic RVC, Inc. et al
U.S. District Court, E.D.N.Y., Civil Docket No. 1:19-cv-06093 (DLI)(SJB)

Dear Judge Bulsara:

This firm represents Defendants, Ultra Sonic RVC, Inc., Ultra Sonic Inc., Ultra Sonic Express, Inc. and Donald Gelestino[1] ("Defendants"), in the above-referenced action.

On behalf of Defendants, we write with consent of Plaintiffs' Counsel, to respectfully request that the initial conference scheduled for March 31, 2020 at 2:00 p.m. be conducted via teleconference. This is the parties' first request for the relief requested herein.

On March 16, 2020, Chief Judge Roslynn R. Mauskopf issued Administrative Order No. 2020-06 which, in part, encourages that court proceedings be conducted by telephone or video conferencing where practicable due to the COVID-19 pandemic. In light of this Administrative Order, the parties respectfully request permission to appear for the initial conference on March 31, 2020 at 2:00 p.m. by telephone.

As always, we thank the Court for its consideration of our request.

Sincerely,

*/s/ Matthew R. Capobianco*

Matthew R. Capobianco

cc: All Counsel of Record (via ECF)

4827-3877-8808.1 094415.1005

---

[1] Defendant Donald Gelestino was incorrectly sued herein as "Donald Celestino".

littler.com